IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY IADANZA and DAVID IADANZA, | ) | |
| | ) | CIVIL ACTION NO. 09-734 |
| Plaintiffs, | ) | |
| | ) | Judge Gary L. Lancaster |
| v. | ) | |
| | ) | |
| MONONGAHELA VALLEY HOSPITAL, | ) | |
| and ANDREW L. SPERGEL, M.D. | ) | (Electronically Filed) |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _15th_ day of _June_, 2009, upon consideration of the United

States of America's Motion for Substitution of Party, and upon further consideration of any response

thereto,

IT IS HEREBY ORDERED that said motion is **GRANTED** and Defendant Andrew L.

Spergel, M.D. is dismissed, with prejudice, from this action and the United States of America is

substituted as Defendant for all further proceedings in this case.

_____,J.
UNITED STATES DISTRICT COURT

cc: All counsel of record