# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JODY IADANZA and DAVID IADANZA, ]
]
    Plaintiffs, ]    Civil Action No.: 09-734
vs. ]
]
MONONGAHELA VALLEY HOSPITAL, ]
And THE UNITED STATES OF AMERICA, ]
]
    Defendants. ]

## ORDER OF COURT

AND NOW, this 30th day of June, 2009, upon consideration of Plaintiffs' Response to Defendant The United States' Motion to Dismiss, the Defendant's Motion is Granted and Plaintiffs' claim as to The United States of America is hereby Dismissed without prejudice. Plaintiffs will be permitted to re-file their claim pursuant to 28 U.S.C. § 2679(d)(5) once they have exhausted their administrative remedy.

BY THE COURT:

_____
GARY L. LANCASTER, J.