# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JODY IADANZA and DAVID IADANZA,

    Plaintiffs,

vs.

MONOGAHELA VALLEY HOSPITAL, And THE UNITED STATES OF AMERICA,

    Defendants.

Civil Action No.: 09-734

## ORDER OF COURT

AND NOW, this 30th day of June, 2009, upon consideration of Plaintiffs' Response to Defendant Monongahela Valley Hospital's Motion to Dismiss, Plaintiffs' claims versus Monongahela Valley Hospital are remanded to The Court of Common Pleas, Washington County, Pennsylvania pursuant to 28 U.S.C. § 1367(c)(3).

BY THE COURT:

_____
GARY L. LANCASTER, J.